**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NAVAJO NATION,<br>  a federally recognized Indian Tribe<br>Navajo Nation Department of Justice<br>Old BIA Club Building<br>Window Rock, Arizona 86515<br><br>     Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II,<br>  in his official capacity as Secretary,<br>United States Department of Health<br>  and Human Resources<br>200 Independence Avenue, S.W.<br>Washington, D.C.  20201,<br><br>     Defendant. | Civil Action No. _____ |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

1. Plaintiff Navajo Nation ("Nation") has for many years operated Head Start and Early Head Start programs to provide early childhood education services to its members and residents between the ages of three and five, and to their families.

2. These programs are funded primarily by a federal grant, No. 90C19889 ("Grant"), administered by the Administration for Children and Families ("ACF") within the United States Department of Health and Human Services ("HHS").

3. Pursuant to the Grant, a total of $23,075,043 has been provided to the Nation annually for the Navajo Head Start and Early Head Start programs in recent years.

4. By a letter dated January 19, 2018, ACF notified the Nation that funding under the Grant will be reduced from $23,075,043 to $15,766,194 – a decrease of 32% -- for Fiscal Year ("FY") 2018, covering the period March 1, 2018 to February 28, 2019, because of alleged chronic and severe under-enrollment in the Navajo Head Start program.

5. Section 641A(h) of the Head Start Act ("Act") authorizes the HHS Secretary to reduce the base grant for a Head Start program because of chronic under-enrollment, but further authorizes the Secretary to waive or reduce the reduction if the causes of the enrollment shortfall are significant causes as determined by the Secretary.  42 U.S.C. § 9836A(h)(5).  Thus, under-enrollment need not result in a reduction of funding if the grantee can persuade the Secretary that there are sufficient mitigating considerations.

6. In Section 646 of the Act, Congress provided grantees with procedural safeguards against termination or reduction of grant funds by requiring the HHS Secretary to prescribe procedures to assure that funding will not be terminated or reduced unless the recipient has been afforded reasonable notice and opportunity for a full and fair hearing, including: (A) a right to file a notice of appeal of a decision not later than 30 days after notice of the decision from the Secretary; and (B) access to a full and fair hearing of the appeal, not later than 120 days after receipt by the Secretary of the notice of appeal.  42 U.S.C. § 9841(a)(3).

7. Pursuant to its obligations under Section 646 of the Act, HHS has promulgated regulations that prescribe procedures for notice and appeal of certain actions that suspend financial assistance to a grantee, deny a grantee's application for refunding, terminate, or reduce a grantee's assistance under the Act.  45 C.F.R., Subpart A.  However, these regulations do not apply to reductions to a grantee's financial assistance based on alleged chronic under-enrollment pursuant to Section 641A(h) of the Act.  45 C.F.R. § 1304.1(b).

8. HHS has not promulgated any other regulations that provide for notice of appeal rights and an opportunity for a full and fair hearing of the appeal, as required by Section 646 of the Act, with respect to decisions to reduce a grantee's funding because of alleged under-enrollment.

9. HHS has deprived the Nation of the appeal rights to which the Nation is entitled under the Act with respect to the reduction of Grant funding for FY 2018.

10. The Nation asks this Court to set aside the funding reduction for its Head Start and Early Head Start programs until the Secretary has promulgated the requisite regulations and the Nation has received: (1) notice of its appeal rights, (2) an opportunity to appeal the reduction, and (3) a full and fair hearing of its appeal.

## PARTIES

11. The Nation is a federally recognized Indian Tribe whose reservation (which is approximately the size of West Virginia) is located in the states of Arizona, New Mexico and Utah, and whose seat of government is Window Rock, Arizona.

12. Alex M. Azar II is the Secretary of HHS and is responsible for the administration and oversight of the Department. His office is located in Washington, D.C. He is sued in his official capacity.

## JURISDICTION AND VENUE

13. This is a civil action arising under the laws of the United States, including the Head Start Act, 42 U.S.C. § 9801 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq*. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1346, and 28 U.S.C. § 1362. The immunity of the United States is waived under 5 U.S.C. § 702. The requested relief is proper under 28 U.S.C. § 1361, 28 U.S.C. § 2201, and 5 U.S.C. § 706.

14. Venue in the District of Columbia is proper under 28 U.S.C. § 1391(b) and (e).

**FACTS**

15. Under the Act, HHS is responsible for administering grants to private nonprofit and public agencies that implement Head Start and Early Head Start programs.

16. The Nation is a federally recognized Indian tribe, as defined by 42 U.S.C. § 9832(12), which receives the Grant from ACF to provide early childhood educational services to children and their families on the Navajo Nation reservation through its Navajo Head Start and Early Head Start programs.

17. The Grant has one-year budget periods (fiscal years) that start in March and run through February of the next year.

18. The Nation must submit an annual renewal application for the Grant, which is due on December 1 of the year before the new budget period starts.

19. By a letter dated September 6, 2017, ACF advised the Nation of the projected funding for use in preparing the application for FY 2018 (which runs from 3/01/2018 – 2/28/2019). This letter advised the Nation that the funding level for FY 2018 was $23,075,043, the same amount that the Nation was receiving for the current (2017) fiscal year.

20. By a letter dated September 26, 2017, ACF advised that Nation that it had decided to reduce the Grant funding for FY 2018, from $23,075,043 to $15,766,194, because the Nation was unable to achieve or maintain enrollment of 2,068 children in the Head Start Program. The letter stated that the reduced funding level was based on an enrollment level of 1,396 children.

21. By a letter dated November 22, 2017, ACF again advised the Nation that the new funding level for FY 2018 would be $15,766,194.

22. By a letter dated December 4, 2017, ACF reiterated that the new funding level for FY 2018 would be $15,766,194, and stated that, if the Nation submitted a funding application for a higher figure, ACF would "return the application as unfundable and request a revised application for the correct funding and enrollment levels."

23. The Nation's funding application for FY 2018 was due December 1, 2017, but the Nation requested and was granted a 45 day extension to submit this application.

24. On January 12, 2018, the Nation submitted its funding application for FY 2018 seeking $23,075,043.

25. By a letter dated January 19, 2018, ACF advised the Nation that the funding for FY 2018 is $15,766,194. This constituted final agency action. The letter did not notify the Nation of any appeal rights with respect to this reduction of funding.

26. To date, ACF has not notified the Nation of any appeal rights with respect to this reduction of funding for FY 2018, nor has ACF afforded the Nation an opportunity to appeal the reduction.

## COUNT ONE
## VIOLATION OF THE HEAD START ACT

27. The Nation re-alleges and incorporates by reference the allegations of paragraphs 1-26, above, as if fully set forth herein.

28. The Act requires the HHS Secretary to prescribe procedures to assure that funding will not be terminated or reduced unless the recipient has been afforded reasonable notice and opportunity for a full and fair hearing, including (A) a right to file a notice of appeal of a decision not later than 30 days after notice of the decision from the Secretary; and (B) access to a full and

fair hearing of the appeal, not later than 120 days after receipt by the Secretary of the notice of appeal. 42 U.S.C. § 9841(a)(3).

29. In contravention of these requirements, HHS has not promulgated any regulations that provide for reasonable notice and opportunity for a full and fair hearing with respect to decisions to reduce a grantee's funding because of under-enrollment.

30. HHS has not provided the Nation with notice of its appeal rights with respect to the reduction of Head Start funding for FY 2018, and has deprived the Nation of the full and fair hearing to which it is entitled before any such reduction can take effect.

## COUNT TWO
## VIOLATION OF THE APA

31. The Nation re-alleges and incorporates by reference the allegations of paragraphs 1-30, above, as if fully set forth herein.

32. The APA provides that a court shall hold unlawful and set aside agency action that is not in accordance with law or is without observance of procedure required by law. 5 U.S.C. § 706(2).

33. HHS's reduction of the Nation's Head Start funding for FY 2018 is not in accordance with law and is without observance of procedure required by law.

## PRAYER FOR RELIEF

**WHEREFORE**, the Nation respectfully requests that the Court enter judgment in favor of the Nation and against Defendant:

    A.    Declaring that the HHS's reduction of the Nation's Head Start funding for FY 2018 is not in accordance with the requirements of the Act;

    B.    Setting aside HHS's reduction of the Nation's Head Start funding for FY 2018;

      C.      Declaring that HHS cannot reduce the Nation's Head Start funding unless and until the Nation is afforded all of the notice and appeal rights to which it is entitled pursuant to 42 U.S.C. § 9841(a)(3); and

      D.      Granting the Nation such other relief as the Court deems just and proper.

Dated this 2nd day of February, 2018.

                    Respectfully submitted,

                    HOLLAND & KNIGHT LLP

                    By:      /s/
                    Steven D. Gordon (D.C. Bar No. 219287)
                    Philip Baker-Shenk (D.C. Bar No. 386662)
                    800 17th Street, N.W., Suite 1100
                    Washington, D.C.  20006
                    Tel: (202) 955-3000
                    Fax: (202) 955-5564

                    *Attorneys for Plaintiff the Navajo Nation*