UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NAVAJO NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-253 DLF |
| | ) |
| ALEX M. AZAR II, Secretary, | ) |
| U.S. Department of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

NOTICE

In light of an inquiry from the Court's Courtroom Deputy this date, Defendant hereby advises that, although a telephone call was placed to the defendant agency regarding Plaintiff's intent to seek preliminary relief in a contemplated action such as the above-referenced action, neither the U.S. Attorney's Office nor, to our knowledge, the defendant agency, has received proper service of any motion for such relief.  Undersigned counsel is attempting to gather information relevant to this action, as only a summons and complaint (but no motion) have been served on the Office of the United States Attorney. Defendant will respond to any such motion for preliminary relief within the 7-day period following service that is allowed pursuant to Local Civil Rule 65.1(c), or propose an alternative briefing schedule following consultation with Plaintiff's

counsel.  In this connection, Defendant is prepared to discuss with counsel for Plaintiff a briefing schedule for this matter which would allow resolution of the merits and preliminary relief at the same time.  <u>See</u> Fed. R. Civ. P. 65(a)(2).

                Respectfully submitted,

                _____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2536
mark.nebeker@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that service of the foregoing Notice has been made through the Court's electronic transmission facilities on this 20th day of February, 2018.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2536
mark.nebeker@usdoj.gov
