# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NAVAJO NATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR II, Secretary, United States Department of Health and Human Services,<br><br>*Defendant*. | Civil Action No. 18-0253 (DLF) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the Plaintiff's Motion for a Preliminary Injunction, Dkt. 2, is **DENIED**. It is further

**ORDERED** that the parties shall, on or before March 2, 2018, jointly propose a schedule to govern further proceedings in this case. In accordance with the defendant's suggestion that the case can proceed according to an expedited schedule, *see* Opp. at 1 n.1, Dkt. 11, the parties' proposed schedule shall require the parties to complete briefing on any dispositive motions no later than March 21, 2018. It is further

**ORDERED** that, if the parties' proposed schedule provides for dispositive motion(s), the parties shall appear for a motion hearing at 10:00 a.m. on March 23, 2018 in Courtroom 12 in order to facilitate the expedited resolution of this case on the merits.

**SO ORDERED**.

*[signature: Dabney L. Friedrich]*

DABNEY L. FRIEDRICH
United States District Judge

Date: February 28, 2018