UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NAVAJO NATION. <br><br> Plaintiff, <br><br> v. <br><br> ALEX M. AZAR II, <br><br> Defendant. | Civil Action No. 18-00253 DLF |

## JOINT STATUS REPORT

Pursuant to the Court's February 28, 2018 Order, the parties have conferred and present the following proposals for briefing in this action, assuming that the date for final briefing in the case is to remain as reflected in the Court's February 28, 2018 Order.

Plaintiff proposes the following schedule:

Each party to file a dispositive motion by **March 9, 2018;**

Each party to file an Opposition by **March 16, 2018;**

Each party to file a Reply by **March 21, 2018**.

Defendant proposes the following schedule:

Each party to file a dispositive motion by **March 12, 2018**;

Each party to file an Opposition by **March 19, 2018 at noon**;

Each party to file a Reply by **March 21, 2018**.

Plaintiff objects to Defendant's proposed schedule because Plaintiff's counsel has an oral argument before the Fourth Circuit in Richmond, Virginia on the morning of March 20, 2018. Counsel is scheduled to drive to Richmond on the afternoon of March 19, 2018, and will not

return to his D.C. office until late afternoon on March 20, 2018. Thus, Defendant's proposed schedule would leave Plaintiff with only one day to prepare a reply brief.

Counsel for Defendant notes that he has fourteen (14) other filings between now and March 16, 2018, in addition to the briefing now required in this action; and four of those other filings will require a significant amount of counsel's time. In addition, counsel must respond to written discovery in yet another case by March 12, 2018, and prepare for a jury trial that begins on April 9, 2018. Moreover, because the Defendant has now approved a grant for Plaintiff in the amount of over $15 million, and Plaintiff has never explained why it feels the need to close facilities or lay off workers this month, there is no need to compress the briefing schedule so much that all counsel cannot devote the time necessary to the case. Thus, Defendant believes that, if Plaintiff cannot meet the deadlines proposed by Defendant, briefing should be extended and a hearing should be rescheduled in early May.


March 2, 2018

Respectfully submitted,

| | |
|---|---|
| HOLLAND & KNIGHT LLP | JESSIE K. LIU, DC Bar #472845<br>United States Attorney |
| By: _____/s/<br>Steven D. Gordon (D.C. Bar No. 219287)<br>Philip Baker-Shenk (D.C. Bar No. 386662) 800 17th Street, N.W.<br>Suite 1100<br>Washington, D.C. 20006<br>Tel: (202) 955-3000<br>Fax: (202) 955-5564 | DANIEL F. VAN HORN, DC Bar #924092<br>  Chief, Civil Division<br><br>By:_____/s/<br>W. MARK NEBEKER, DC Bar #396739<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, DC  20530<br>(202) 252-2536<br>mark.nebeker@usdoj.gov |
| *Attorneys for Plaintiff the Navajo Nation* | *Attorneys for Defendant* |